AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TERRENCE J. HANCOCK, et al.

CASE NUMBER: **08CV2937**

V.

ASSIGNED JUDGE: **JUDGE MANNING**

THOS. M. MADDEN CO., an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Thos. M. Madden Co.
c/o Robert J. Madden, Registered Agent
24W600 St. Charles Road
Carol Stream, IL  60188-2152

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

*/s/ Anya Ellis*
-----------------------------------
(By) DEPUTY CLERK

May 21, 2008
-----------------------------------
Date

**State of Illinois**

General No.: 08CV2937

**County of USDC CHICAGO**

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 6/4/2008 at 1:10:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Thos M. Madden Co. c/o Robert J. Madden as shown below:

Served the wihin named Thos M. Madden Co. c/o Robert J. Madden by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Robert J. Madden a person authorized to accept service of process as agent.

Said service was effected at 24W600 St. Charles Rd., Carol Stream, IL  60188

Description of Person Served Sex: M   Height: 5'6   Weight: 220   Race: W   Age: 60ish

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

6-5-08
Dated

Leroy Karczewski
117-000192