## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Terrence J. Hancock, et al.

                    Plaintiff,

v.

Thos. M. Madden Co.

                    Defendant.

Case No.: 1:08–cv–02937

Honorable Blanche M. Manning

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: The return of service indicates that Thos. M. Madden Co. was served on 6/4/2008. More than 20 days have elapsed and defendants have failed to answer or otherwise plead. The clerk hereby enters default pursuant to Rule 55(a). A prove up hearing is set to 8/7/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.