## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2937 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Hancock, et al vs. Thos. M. Madden Co. | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41(a)(1), this action is dismissed without prejudice. Prove up hearing set to 8/7/2008 is hereby stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|

Case 1:08-cv-02937   Document 11   Filed 07/31/2008   Page 1 of 1

08C2937 Hancock, et al vs. Thos. M. Madden Co.    Page 1 of 1